UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TECHNICAL INDUSTRIES INC ET AL** | **CASE NO. 6:20-CV-01065** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **S B INTERNATIONAL INC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

Presently before the Court is the Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively, Motion to Abstain or Stay [Doc. 5] filed by defendants SB International, Inc. and Mudit Agarwal (collectively "Defendants"). The Court referred the matter to the magistrate judge for report and recommendation. The magistrate judge issued a Report and Recommendation ("R&R") [Doc. 10] on December 21, 2020. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Motion to Dismiss for Lack of Personal Jurisdiction [Doc. 5] is GRANTED; the alternative relief requested is DENIED AS MOOT.

THUS DONE in Chambers on this 26th day of January, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE